

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith L. Harris, | Civil Action No.   16cv0941-BEN-WVG |
| **Plaintiff,** | |
| V. | |
| United States District Court; Judge John A. Houston; Judge Jill L. Burkhardt; | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 that the Complaint is dismissed.

Date:        5/9/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/  N. Peltier

N. Peltier, Deputy